UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
In Re:                                                                                           Case No.: 13-23002-RDD
                                                                                                Chapter 7

        Karin Card-Peyrefitte,

                         Debtor.
---------------------------------------------------X

## **ORDER EXTENDING THE AUTOMATIC STAY**

        Upon the timely motion, dated June 25, 2013 (the "Motion"), of the above-captioned debtor (the "Debtor") for an order pursuant to 11 U.S.C. § 362(c)(3)(B) extending the automatic stay under 11 U.S.C. § 362(a) as to all creditors from and after the 30th day after the commencement of this case; and it appearing that due and proper notice of the Motion and the hearing thereon was provided; and upon the record of the hearing held by the Court on the Motion on July 24, 2013; and there being no objections to the requested relief; and, after due deliberation, the Court having found and concluded that there has been a substantial change in the Debtor's financial and personal affairs since the dismissal of her previous case under the Bankruptcy Code, the dismissal of that case was due in part to the negligence of prior counsel, and the present case has been filed in good faith; now, therefore, sufficient cause appearing, it is hereby ORDERED that:

1. The Motion is granted.

2. The automatic stay under 11 U.S.C. § 362(a) shall continue in this case as to all creditors, without interruption, subject to further order of the Court.

Dated: White Plains, New York
           July 25, 2013

                                                                                                  /s/Robert D. Drain
                                                                                                     Hon. Robert D. Drain
                                                                                                     United States Bankruptcy Judge